```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 20924
   STANLEY J ADAMKIEWICZ
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-9595


------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/25/05 and confirmed on 08/12/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   50494.82 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIRST BANK & TRUST EVANS | SECURED | 14720.00 | 902.80 | 14720.00 |
| BECKET & LEE LLP | UNSECURED | 9320.59 | .00 | 5307.59 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11919.73 | .00 | 6787.67 |
| BEST BUY HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2714.25 | .00 | 1545.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14491.76 | .00 | 8252.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 611.92 | .00 | 348.46 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 11988.49 | .00 | 6826.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2507.82 | .00 | 1428.07 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 14720.00 | .00 | 53554.56 | .00 | 68274.56 |
| PRINCIPAL PAID | 14720.00 | .00 | 30496.53 | .00 | 45216.53 |
| INTEREST PAID | 902.80 | .00 | .00 | .00 | 902.80 |
| TOTAL PAID | 15622.80 | .00 | 30496.53 | .00 | 46119.33 |

```
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $   500.00  direct and $   2200.00  through the plan.

The Trustee received $   2115.67 .

Refunds to the Debtor totaled $     59.82 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/08/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```